

Christopher H. Lowe - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

September 17, 2021

VIA ECF
The Honorable Taryn A. Merkl, U.S.M.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Fischler v. RealTime Fantasy Sports, Inc.,1:21-cv-04206-FB-TAM

Dear Magistrate Judge Merkl:

This Firm represents Plaintiff Brian Fischler in the above-referenced action. We submit this letter to advise the Court that the parties have reached an agreement in principle to amicably resolve this matter. Accordingly, the parties respectfully request that: (i) all existing deadlines be adjourned *sine die,* including Defendant's October 18, 2021 deadline to Answer (Dkt 7); and ii) that the parties be given 45 days to finalize the settlement and file a Notice of Dismissal with Prejudice or, if the settlement is not consummated, to reopen the action.

This is the first request for an adjournment *sine die*.  Defendant consents to this request.

We appreciate the Court's consideration of these requests.

Respectfully submitted,
LIPSKY LOWE LLP


s/ Christopher H. Lowe
Christopher H. Lowe


CC: Defendant's Counsel (via ECF)